1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4000 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-CR-00322 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO UNSEAL INDICTMENT |
| JANET RONSPIEZ, | ) | |
| Defendant. | ) | |

The indictment in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: January 11, 2008

SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

1