1  MCGREGOR W. SCOTT
   United States Attorney
2  Elana S. Landau #212144
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-4083

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:-07-CR-322 AWI |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| Janet Ronspiez ) | |
| Defendant. ) | |

The parties request that the jury trial in this case be continued from April 22, 2008 to June 3, 2008 at 8:30a.m.. They stipulate that the time between April 22, 2008 and June 3, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, to allow for further investigation, trial preparation and possible plea negotitation. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: April 21, 2008        By:     /s/ Elana S. Landau
                                    Elana S. Landau
                                    Assistant U.S. Attorney


DATE: April 21, 2008                /s/ Daniel L. Harralson
                                    Daniel L. Harralson
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   April 21, 2008**            **/s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE